# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ANTHONY J. BURRIOLA, | 3:04-CV-346 JCM (RAM) |
|---|---|
| Plaintiff, | |
| v. | Date: N/A |
| | Time: N/A |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

## ORDER

Presently before the court is plaintiff Anthony J. Burriola's emergency motion to continue trial. (Doc. #197). Defendants Nevada Department of Corrections, et al filed a non-opposition. (Doc. #198).

In the present motion, plaintiff asserts that plaintiff's counsel has a criminal trial which was remanded back and is set for trial the week following this trial. Accordingly, plaintiff's counsel will be preparing for that trial during the week prior. The matter before this court is currently set for trial on Monday, November 1, 2010, and it is requested, due to conflicts presented by both parties, that the matter be rescheduled to the next trial stack in February 2011. In light of the defendants' non-opposition, this court is inclined to grant the motion to continue trial.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Anthony J. Burriola's emergency motion to continue trial (doc. #197) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the trial in the above captioned case be continued until Monday, February 11, 2011, at 9:00 am, with calendar call set for Wednesday, February 2, 2011, at 1:30 pm.

DATED this 27th day of October, 2010.

_____
**UNITED STATES DISTRICT JUDGE**