# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. BURRIOLA,<br><br>　　　Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　Defendant. | 3:04-CV-346 JCM (RAM)<br><br>Date:　　N/A<br>Time:　　N/A |

## ORDER

Presently before the court is the case of *Anthony J. Burriola v. N.D.O.C., et al.* (Case No. 3:04-cv-00346-JCM-RAM).

Plaintiff's amended complaint (doc. #14) was filed on February 23, 2005. On February 1, 2011, plaintiff filed a notice of settlement (doc. #202), requesting that the case be excused from calendar call scheduled for February 2, 2011, because the parties reached a settlement. The court granted the parties stipulation (doc. #203) to continue trial pursuant to the notice of settlement, and rescheduled the calendar call and trial. (Doc. #204).

Since February 3, 2011, when the court granted the stipulation in light of the settlement (doc. #204), the court has not received any settlement documents from the parties. As such, it has no basis for continuing the trial date, and is inclined to set the case for the next trial stack.

Accordingly,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS HEREBY ORDERED ADJUDGED AND DECREED that a status check hearing be

2 held on June 3, 2011, at 11:00 a.m.

3     DATED this 24th day of May, 2011.

*[signature: James C. Mahan]*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -