CATHERINE CORTEZ MASTO
Nevada Attorney General
RONA-KAYE TUITELE
Deputy Attorney General
Nevada State Bar No. 11302
BINU G. PALAL
Deputy Attorney General
Nevada State Bar No. 10178
Public Safety Division
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Fax Number: (702) 486-3773
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. BURRIOLA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　Defendants, | Case No. 3:04-cv-0346-JCM (RAM)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

DEFENDANTS, by and through counsel, CATHERINE CORTEZ MASTO, Nevada Attorney General, RONA-KAYE TUITELE, Deputy Attorney General, and BINU G. PALAL, Deputy Attorney General; and PLAINTIFF ANTHONY J. BURRIOLA, by and through counsel, CAL J. POTTER III., and JOHN C. FUNK, hereby stipulate as follows.

1. That the above-entitled action is, and shall be, DISMISSED WITH PREJUDICE as to any and all remaining Plaintiff and Defendants; and

. . .

. . .

. . .

2. That all parties are to bear their own attorney's fees and costs.

Dated this 27th day of June, 2011.            Dated this 30th day of June, 2011.

CATHERINE CORTEZ MASTO
Nevada Attorney General

POTTER LAW OFFICES

By: _____
RONA-KAYE TUITELE
Nevada State Bar No. 11302
BINU G. PALAL
Nevada State Bar No. 10178
Deputy Attorney General
Public Safety Division
555 East Washington, Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants*

By: _____
CAL J. POTTER III., ESQ.
Nevada State Bar No. 1988
JOHN C. FUNK, ESQ.
Nevada State Bar No. 9255
1125 Shadow Lane
Las Vegas, NV 9102
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

Dated this 8th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
CATHERINE CORTEZ MASTO

By: _____
RONA-KAYE TUITELE, ESQ.
Deputy Attorney General
Nevada Bar No. 11302
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*